IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

DAVID OLENICK, *et al.*,

     Plaintiffs,

v.                                                     Civil Action No. 3:19-cv-00014

THE TJX COMPANIES, INC.

     Defendant.

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

The Plaintiffs, David Olenick and Capital Concepts, Inc. dba bCreative, Inc., pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby inform the Court that this action and all

claims alleged herein against Defendant The TJX Companies, Inc., who has not filed an answer

or motion for summary judgment, are DISMISSED WITH PREJUDICE.

Respectfully submitted this 12th day of November 2019.

                                        DAVID OLENICK
                                        and
                                        CAPITAL CONCEPTS, INC.
                                        dba bCreative, Inc.

                                        By Counsel

/s/Andrew S. Baugher
PATRICK C. ASPLIN (VSB #46620)
ANDREW S. BAUGHER (VSB #74663)
Flora Pettit PC
530 East Main Street
PO Box 2057
Charlottesville, VA  22902
(434) 979-1400
(434) 977-5109 (Fax)
pca@fplegal.com
asb@fplegal.com
*Counsel for Plaintiffs*

<u>CERTIFICATE</u>

I hereby certify that on November 12, 2019, I electronically filed the foregoing *Notice of Dismissal* with the Clerk of Court using the CM/ECF system and also emailed a true copy of same to:

> Larry C. Jones
> Alston & Bird LLP
> 101 S. Tryon St., Ste. 4000
> Charlotte, NC  28280-4000
> larry.jones@alston.com
> *Counsel for Defendant*

> /s/ Andrew S. Baugher
> *Counsel for Plaintiffs*

789931